Our #'s X32-7306R and X32-7310R (RB:lsw)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| In the Matter of the Petition of Daniel Florio, as Owner of the Motor Yacht "CAROLE JAYE" for Exoneration from or Limitation of Liability | STATEMENT PURSUANT TO FRCP 7.1<br><br>12 Civ. 5838<br>(BSJ) |

-----------------------------------------------------------------

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, New Hampshire Insurance Company hereby submits the following Corporate Disclosure Statement:

7(a)  New Hampshire Insurance Company is incorporated under the laws of the Commonwealth of Pennsylvania.

The principal place of business of New Hampshire Insurance Company is 175 Water Street, 18th Floor, New York, New York 10038.

New Hampshire Insurance Company is owned 100% by Chartis U.S., Inc.

Chartis U.S., Inc. is owned 100% by Chartis Inc.

Chartis Inc. is owned 100% by AIUH LLC

AIUH LLC is 100% owned by American International Group, Inc., a publicly traded corporation. With the exception of the United States Department of the Treasury, no parent entity or publicly held entity owns 100% or more of the stock of American International Group, Inc.

September 24, 2012

                                Yours, etc.,

                                GWERTZMAN LEFKOWITZ
                                BURMAN SMITH & MARCUS
                                Attorneys for New Hampshire
                                Insurance Company

                                By:_____
                                  DAVID S. SMITH (DS-3745)
                                80 Broad Street – 16th Floor
                                New York, New York 10004
                                (212) 968-1001

TO:  KENNEDY LILLIS SCHMIDT & ENGLISH
      Attorneys for Petition
      75 Maiden Lane, Suite 402
      New York, New York 10038
      (212) 430-0800

# NOTICE OF ENTRY

Sir:

Please take notice that the within is a true copy of a
this day made and entered in the office of
the Clerk of
Dated, N.Y.,

    Yours, etc.

GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
Attorneys for

Office & Post Office Address
80 Broad Street
New York, New York 10004

To

    Esq.,

Attorney for

# NOTICE OF SETTLEMENT

Sir:

Please take notice that the within
will be presented for settlement and
signature to the
of the Court at
on the    at    day of
     o'clock in the    noon
    Yours, etc.

GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
Attorneys for

Office & Post Office Address
80 Broad Street
New York, New York 10004

To

    Esq.,

---

Index No.:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK

IN THE MATTER OF THE PETITION OF
DANIEL FLORIO, as Owner of the Motor
Yacht "CAROLE JAYE" for Exoneration
from or Limitation of Liability

## STATEMENT PURSUANT TO FRCP 7.1

GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
Attorneys for Plaintiff
Office & Post Office Address
80 Broad Street
New York, New York 10004
(212) 968-1001

Due and timely service of a copy of the
Within
Dated,
    is admitted

    Attorney for

Pursuant to 22 NYCRR 130-1.1, the
undersigned, an attorney duly admitted to
practice law in the State of New York,
certifies that, upon information and belief,
based upon reasonable inquiry, the
contentions contained in the annexed
document are not frivolous.

Dated:

    Signature:_____
    Print Signer's Name_____

---

STATE OF NEW YORK ) ss.:
COUNTY OF NEW YORK )

LaTrenda S. Washington being duly sworn deposes and says that I am over 18 years of age and not a party to the action herein. Residing in Brooklyn, New York. On the 24th day of September, 2012 deponent served the within Statement Pursuant to FRCP 7.1

Upon

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorney for Petition

in this action at

75 Maiden Lane, Suite 402
New York, New York 10038

the address (es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a postpaid, properly addressed wrapper in a Post Office Box regularly maintained by the United States Post Office Department within the State of New York.

    /s/ LaTrenda S. Washington

Sworn to before me
this 24th day of September, 2012

    /s/ David Scott Smith
DAVID SCOTT SMITH
Notary Public, State of New York
No. 24-4759211
Qualified in New York County
Commission Expires April 30, 2014