RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq.
Richard González, Esq.
630 Third Avenue, 3rd Floor
New York, NY  10017
(212) 953-2381
*Attorneys for Movant,*
*International Marine Underwriters*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**IN THE MATTER OF THE**
**COMPLAINT,**

                    **of**                              Civil Action No.: 12-cv-5838 (BSJ)

**DANIEL FLORIO, as owner of the motor**
**yacht "CAROLE JAYE", for Exoneration**          **RULE 7.1 STATEMENT**
**from or Limitation of Liability**

                    **Petitioner.**

_____

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Movant, International Marine Underwriters, certifies that the following are corporate parents,

affiliates and/or subsidiaries of said party, which are publicly held: One Beacon Insurance Company,

Northern Assurance and Atlantic Specialty.

Dated: September 25, 2012
New York, New York

**RUBIN, FIORELLA & FRIEDMAN LLP**
*Attorneys for Movant,*
*International Marine Underwriters*

James E. Mercante
Richard González
630 Third Avenue, 3rd Floor
New York, NY  10017
Ph: 212-953-2381
Fax: 212-953-2462
E-Mail: jmercante@rubinfiorella.com
E-Mail: rgonzalez@rubinfiorella.com
Our File No.: 174.25137