RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante
Richard González
630 Third Avenue, 3rd Floor
New York, NY 10017
(212) 953-2381
*Attorneys for Movant,*
*International Marine Underwriters*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT, | Civil Action No.: 12-cv-5838 (BSJ) |
| of | |
| DANIEL FLORIO, as owner of the motor yacht "CAROLE JAYE", for Exoneration from or Limitation of Liability | **NOTICE OF MOTION TO DISMISS COMPLAINT DUE TO LACK OF <u>SUBJECT MATTER JURISDICTION</u>** |
| Petitioner. | |

PLEASE TAKE NOTICE that the undersigned attorneys for Movant, International Marine Underwriters, will apply to the Honorable United States District Judge Barbara S. Jones, of the United States District Court, Southern District of New York, at the Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an Order granting its Motion Dismissing the Complaint of DANIEL FLORIO, as owner of the motor yacht "CAROLE JAYE", for Exoneration from or Limitation of Liability, pursuant to Rule 12 (b)(1) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the Claimant will rely upon the annexed Memorandum of Law, and all papers and proceedings filed to date.

Dated: September 25, 2012
      New York, New York

    RUBIN, FIORELLA & FRIEDMAN LLP
    *Attorneys for Movant,*
        *International Marine Underwriters*

    _____
    James E. Mercante
    Richard González
    630 Third Avenue, 3rd Floor
    New York, NY 10017
    Ph: 212-953-2381
    Fax: 212-953-2462
    E-Mail: jmercante@rubinfiorella.com
    E-Mail: rgonzalez@rubinfiorella.com
    Our File No.: 174.25137

To:

John T. Lillis, Jr.
Kennedy Lillis Schmidt & English
75 Maiden Lane, Suite 401
New York, NY 10038
*Attorneys for Petitioner,*
    *Daniel Florio*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

BELINDA LOPEZ, being duly sworn, says:

I am not a party to this action; I am over 18 years of age; I reside at Keansburg, New Jersey.

On September 25, 2012, I served the within **NOTICE OF MOTION TO DISMISS COMPLAINT DUE TO LACK OF SUBJECT MATTER JURISDICTION**, upon:

> John T. Lillis, Jr.
> Kennedy Lillis Schmidt & English
> 75 Maiden Lane, Suite 401
> New York, NY 10038
> *Attorneys for Petitioner,*
> *Daniel Florio*

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*/s/ Belinda Lopez*
BELINDA LOPEZ

Sworn to before me this
25th day of September, 2012

*/s/ Susan Ryan*
Notary Public

SUSAN RYAN
Notary Public, State of New York
No. 43-4912244
Qualified in Richmond County
Commission Expires November 9, 2013

Our File No. 174.25137