NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830
Attorneys for Claimants
New York Athletic Club of the
City of New York, Inc. and
The Northern Assurance Company of America
OUR FILE:    10000578 JAVN/VW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In the Matter of the Petition of
DANIEL FLORIO, as Owner of the
Motor Yacht "CAROLE JAYE", for
Exoneration from or Limitation
of Liability

12 CV 5838 (BSJ)

**NOTICE OF MOTION**
**TO DISMISS PETITION**
**FOR LACK OF SUBJECT**
**MATTER JURISDICTION**

-----------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Claimant NEW YORK ATHLETIC CLUB OF THE CITY OF NEW YORK, INC. ("NYAC") and Claimant THE NORTHERN ASSURANCE COMPANY OF AMERICA ("Northern Assurance"), as subrogee of the New York Athletic Club of the City of New York, Inc., by and through their attorneys, NICOLETTI HORNIG & SWEENEY, will move before the Honorable Barbara S. Jones at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(1) dismissing the Petition of DANIEL FLORIO, as Owner of the Motor Yacht "CAROLE JAYE", for Exoneration

from or Limitation of Liability due to lack of subject matter jurisdiction, and for such other and further relief as this Court deems just and proper.

Dated:     New York, New York
           September 27, 2012

                                            NICOLETTI HORNIG & SWEENEY
                                            Attorneys for Claimants
                                            New York Athletic Club of the City of New York, Inc. and
                                            The Northern Assurance Company of America

                                        By: _____
                                            VAL WAMSER (VW-0511)
                                            Wall Street Plaza
                                            88 Pine Street, 7th Floor
                                            New York, New York 10005-1801
                                            Tel. (212) 220-3830
                                            Fax (212) 220-3784
                                            FILE NO.: 10000578 JAVN/VW
                                            E-mail: vwamser@nicolettihornig.com

TO:

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Petitioner
DANIEL FLORIO
75 Maiden Lane, Suite 402
New York, New York 10038
(212) 430-0800
Attention: John T. Lillis, Jr., Esq.

X:\Public Word Files\1\578\LEGAL\Notice of Motion to Dismiss for Lack of Subject Matter Jurisdiction.09.27.12.vw.s.rr.doc