NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830
Attorneys for Movant/Claimant
The Northern Assurance Company of America
OUR FILE:    10000578 JAVN/VW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In the Matter of the Petition of<br>DANIEL FLORIO, as Owner of the<br>Motor Yacht "CAROLE JAYE", for<br>Exoneration from or Limitation<br>of Liability | 12 CV 5838 (BSJ)<br><br>**RULE 7.1**<br>**STATEMENT** |

------------------------------------------------------------------------x

Pursuant To Rule 7.1 of the Federal Rules of Civil Procedure and to enable

Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Movant/Claimant THE NORTHERN ASSURANCE COMPANY OF

AMERICA (a private non-governmental party) certifies that the following are corporate

parents, affiliates and/or subsidiaries of said party which are publicly held:

> OneBeacon Insurance Group
> OneBeacon Insurance Company
> OneBeacon American Insurance Co.
> Homeland Ins. Co. of NY
> Pennsylvania General Ins. Co.
> Northern Assur Co. of America
> AutoOne Select Insurance Co.
> Employers Fire Insurance Co.
> AutoOne Insurance Company
> Atlantic Specialty Ins. Co.
> American Central Insurance Co.
> American Employers Ins. Co.
> Camden Fire Insurance Assoc.
> Esurance Insurance Company
> Esurance Prop. & Cas. Ins. Co.

Farmers and Merchants Ins. Co.
Homeland Central Ins. Co.
Massachusetts Homeland Ins. Co.
Midwestern Insurance Company
OneBeacon Lloyd's of Texas
OneBeacon Midwest Ins. Co.
Traders & General Ins. Co.
York Insurance Co. of Maine

Dated:        New York, New York
              September 27, 2012

                       NICOLETTI HORNIG & SWEENEY
                       Attorneys for Movant/Claimant
                       THE NORTHERN ASSURANCE COMPANY
                       OF AMERICA

                  By:_____
                       VAL WAMSER (VW-0511)
                       Wall Street Plaza
                       88 Pine Street, 7th Floor
                       New York, New York 10005-1801
                       Tel. (212) 220-3830
                       Fax (212) 220-3784
                       FILE NO.: 10000578 JAVN/VW
                       E-mail: vwamser@nicolettihornig.com

TO:

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Petitioner
DANIEL FLORIO
75 Maiden Lane, Suite 402
New York, New York 10038
(212) 430-0800
Attention: John T. Lillis, Jr., Esq.

X:\Public Word Files\1\578\legal\Rule 7.1 Statement.Northern Assurance.09.27.12.vw.s.rr.doc