NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830
Attorneys for Movant/Claimant
New York Athletic Club of the
City of New York, Inc.
OUR FILE:    10000578 JAVN/VW
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | |
|---|---|
| In the Matter of the Petition of | 12 CV 5838 (BSJ) |
| DANIEL FLORIO, as Owner of the | |
| Motor Yacht "CAROLE JAYE", for | **RULE 7.1** |
| Exoneration from or Limitation | **STATEMENT** |
| of Liability | |

-----------------------------------------------------------------------x

       Pursuant To Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Movant/Claimant NEW YORK ATHLETIC CLUB OF THE CITY OF NEW YORK, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

Dated:      New York, New York
              September 27, 2012

                    NICOLETTI HORNIG & SWEENEY
                    Attorneys for Movant/Claimant
                    NEW YORK ATHLETIC CLUB OF THE
                    CITY OF NEW YORK, INC.

By:_____
                    VAL WAMSER (VW-0511)
                    Wall Street Plaza
                    88 Pine Street, 7th Floor
                    New York, New York 10005-1801
                    Tel. (212) 220-3830
                    Fax (212) 220-3784
                    FILE NO.:  10000578 JAVN/VW
                    E-mail: vwamser@nicolettihornig.com

TO:

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Petitioner
DANIEL FLORIO
75 Maiden Lane, Suite 402
New York, New York 10038
(212) 430-0800
Attention: John T. Lillis, Jr., Esq.

X:\Public Word Files\1\578\legal\Rule 7.1 Statement.NYAC.09.27.12.vw.s.rr.doc