Arthur J. Liederman (Bar # 0227)
Julia D'Agostino (Bar # 6305)
MORRISON MAHONEY LLP
17 State Street, Suite 1110
New York, New York  10004-1501
(212) 825-1212
*Attorneys for Ambassador Fuel & Oil Burner Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

In the Matter of the Petition of DANIEL FLORIO, as Owner of the Motor Yacht "CAROLE JAYE" for Exoneration from or Limitation of Liability

Case Number:  12-cv-5838 (BSJ)

**RULE 7.1 DISCLOSURE STATEMENT**

------------------------------------------------------------ X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ambassador Fuel & Oil Burner Corp. (a private non-governmental party) certifies that there are no parent corporations or publicly held corporations owning 10% or more of Ambassador Fuel & Oil Burner Corp.'s stock.

Dated: New York, New York
        September 28, 2012

MORRISON MAHONEY LLP

By: _[signature]_____
    Arthur J. Liederman (Bar #0227)
    Julia D'Agostino (Bar #6305)
17 State Street, Suite 1110
New York, New York  10004
(212) 825-1212
*Attorneys for Ambassador Fuel & Oil Burner Corp.*

997495v1

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 28, 2012 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following addresses:

John T. Lillis, Jr.
KENNEDY LILLIS SCHMIDT & ENGLISH
*Attorneys for Petitioner, Daniel Florio*
75 Maiden Lane – Suite 402
New York, New York 10038-4816
(212) 430-0800

David S. Smith
GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
*Attorneys for New Hampshire Insurance Company*
80 Broad Street – 16th Floor
New York, New York 10004
(212) 968-1001

James E. Mercante
Richard Gonzalez
RUBIN, FIORELLA & FRIEDMAN LLP
*Attorneys for International Marine Underwriters*
630 Third Avenue, 3rd Floor
New York, New York 10017
(212) 953-2381

997495v1