UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN THE MATTER OF THE PETITION

      of                                                                         12 CIV 5838 (BSJ)

DANIEL FLORIO, as Owner of the Motor
Yacht "CAROLE JAYE", for Exoneration
from or Limitation of Liability.
-------------------------------------------------------x

## NOTICE OF APPEARANCE

      The undersigned, duly admitted to practice before this Honorable Court, hereby enters her Appearance on behalf of Claimant Frank Bauco and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated:  October 1, 2012
         New York, NY

                                          The Claimant
                                          Frank Bauco,

                       By:          /s/
                            Lauren C. Davies (LD1980)
                            Tisdale Law Offices, LLC
                            60 East 42nd Street, Suite 1638
                            New York, NY 10165
                            Tel:    212-354-0025
                            Fax:   212-869-0067
                            ldavies@tisdale-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on October 1, 2012 a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/
Lauren C. Davies