GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
80 Broad Street
New York, New York
(212) 968-1001
Attorneys for New Hampshire
Insurance Company
Our #'s X32-7306R and X32-7310R (DSS:lsw)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK

------------------------------------------------------------

In the Matter of the Petition of
Daniel Florio, as Owner of the
Motor Yacht "CAROLE JAYE" for
Exoneration from or Limitation of Liability

: 12 Civ. 5838(BSJ)
:
: NOTICE OF MOTION
: TO DISMISS PETITION
: FOR LACK OF SUBJECT
: MATTER JURISDICTION
:
:
:

------------------------------------------------------------

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Claimant NEW HAMSPHIRE INSURANCE COMPANY (New Hampshire), as subrogee of FRANK TAUBNER and FLETCHER DUKE, by and through its attorneys, GWERTZMAN LEFKOWITZ BURMAN SMITH & MARCUS, will move before the Honorable Barbara S. Jones at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(1) dismissing the Petition of DANIEL FLORIO, as Owner of the Motor Yacht "CAROLE JAYE", for Exoneration from or Limitation of Liability due to lack of subject matter jurisdiction, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 5, 2012

GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
Attorneys for New Hampshire
Insurance Company

By: _____
     DAVID S. SMITH (DS-3745)
80 Broad Street – 16th Floor
New York, New York 10004
(212) 968-1001

## **CERTIFICATION OF SERVICE**

I hereby certify that on October 5, 2012 a copy of the foregoing NOTICE OF MOTION was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
David S. Smith

12 Civ. 5838 (BSJ)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK

IN THE MATTER OF THE PETITION OF
DANIEL FLORIO, as Owner of the Motor
Yacht 'CAROLE JAYE" for Exoneration
from or Limitation of Liability

## NOTICE OF MOTION TO DISMISS PETITION FOR LACK OF SUBJECT MATTER JURISDICTION

GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
Attorneys for New Hampshire Insurance
Company
Office & Post Office Address
80 Broad Street
New York, New York 10004
(212) 968-1001

Due and timely service of a copy of the
Within
Dated,                            is admitted

                                  Attorney for

Pursuant to 22 NYCRR 130-1.1, the
undersigned, an attorney duly admitted to
practice law in the State of New York,
certifies that, upon information and belief,
based upon reasonable inquiry, the
contentions contained in the annexed
document are not frivolous.

Dated:

      Signature: _____
      Print Signer's Name _____

To

Office & Post Office Address
80 Broad Street
New York, New York 10004                Esq.,

---

## NOTICE OF ENTRY

Sir:
    Please take notice that the within is a true copy
of a
this day made and entered in the office of
the Clerk of
    Dated, N.Y.,
                        Yours, etc.

GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
Attorneys for

Office & Post Office Address
80 Broad Street
New York, New York 10004

To                                      Esq.,

Attorney for

## NOTICE OF SETTLEMENT

Sir:
    Please take notice that the within
will be presented for settlement and
signature to the
of the Court at
on the       day of
        at       o'clock in the       noon
              Yours, etc.

GWERTZMAN LEFKOWITZ
BURMAN SMITH & MARCUS
Attorneys for

Office & Post Office Address
80 Broad Street
New York, New York 10004

To                                      Esq.,

---

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss.:

being duly sworn deposes and says
that I am over 18 years of age and not
a party to the action herein. Residing
in       , New York. On the   day of
deponent served the within

Upon

Attorney for

in this action at

the address (es) designated by said
attorney(s) for that purpose by depositing
a true copy thereof enclosed in a postpaid,
properly addressed wrapper in a Post
Office Box regularly maintained by the
United States Post Office Department
within the State of New York.

Sworn to before me
this      day of        , 20