UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF THE COMPLAINT,

of                                                                    Civil Action No.: 12-cv-5838 (BSJ)

DANIEL FLORIO, as owner of the motor
yacht "CAROLE JAYE", for Exoneration            **APPEARANCE OF COUNSEL**
from or Limitation of Liability

Petitioner.

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: *Claimant, International Marine Underwriters.*

Date:   October 8, 2012

James E. Mercante (JM 4231)

RUBIN, FIORELLA. & FRIEDMAN LLP
630 Third Avenue
New York, New York 10017
jmercante@rubinfiorella.com
212-953-2381
Fax:  212-953-2462
Our File: 0174.25129