Jones, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2012

KENNEDY LILLIS SCHMIDT & ENGLISH
75 Maiden Lane, Suite 402
New York, New York 10038
Tel. 212-430-0800
Fax 212-430-0810
John T. Lillis, Jr., Esq. (JL 0056)
Attorneys for Petitioner
DANIEL FLORIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Petition of DANIEL FLORIO, ) Case No. 12 Civ. 5838 (BSJ)
as Owner of the Motor Yacht "CAROLE JAYE", )
for Exoneration from or Limitation of Liability. ) STIPULATION AND ORDER
)

---

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for all parties, that the time for Petitioner to serve his responses to the subject matter jurisdiction dismissal motions of the claimants in the above-entitled action be, and the same hereby is, extended until and including November 13, 2012, and that the time for the claimant-movants to serve replies, if any, is hereby extended up to and including November 27, 2012.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the time for the undersigned parties to serve cross-claims and/or counterclaims, if any, in the above-entitled action be, and the same hereby is, extended until thirty (30) days following issuance of a decision by the Court of the parties' subject matter jurisdiction dismissal motions.

IT IS FURTHER AGREED that the within stipulation may be executed in separate parts bearing the signatures of the parties' counsel and filed as a single document.

Dated: New York, New York
October 5, 2012

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Petitioner DANIEL FLORIO

By: _____
(John T. Lillis, Jr., Esq. (JL 0056)
75 Maiden Lane, Suite 402
New York, New York 10038
(212) 430-0800


NICOLETTI HORNIG & SWEENEY
Attorneys for Claimants
New York Athletic Club of the City of New York, Inc.
and The Northern Assurance Company of America


By: _____
Val Wamser, Esq. (VW 0511)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005-1801
(212) 220-3830


RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Claimant
International Marine Underwriters

By: _____
Richard González, Esq. (RG 7291)
630 Third Avenue, 3d Floor
New York, NY 10017
(212) 953-2381


SO ORDERED _____
Dated:                     BARBARA S. JONES
October 10, 2012              U.S.D.J.