**STATE OF NEW YORK**
*County of New York,* s.:

Mary Pawlina, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** *five times* on the 28th day of August, *2012*.

TO WIT : AUGUST 28, 29, 30, 31, 2012 SEPTEMBER 4, 2012

SWORN BEFORE ME, this 4th day Of September, 2012.

*Cynthia Byrd*
Cynthia Byrd
Notary Public, State of New York
No. 01BY6056945
Qualified in Kings County
Commission Expires April 09, 2015

---

**MISCELLANEOUS**

**PLEASE TAKE NOTICE** that a Petition for Exoneration from or Limitation of Liability was filed in the United States District Court, Southern District of New York, on 31 July 2012 on behalf of Daniel Florio, as Owner of the Motor Yacht CAROLE JAYE, in connection with a fire casualty on or around such yacht at New Rochelle, New York on 17 May 2012. The matter is captioned as follows: "Case No. 12 Civ. 5838 (BSJ); In the Matter of the Petition of DANIEL FLORIO, as Owner of the Motor Yacht "CAROLE JAYE," for Exoneration from or Limitation of Liability." The Petitioner is represented by Kennedy Lillis Schmidt & English of 75 Maiden Lane, Suite 402, New York 10038, telephone (212) 430-0800.

By Order of the Court (Honorable Barbara S. Jones, U.S.D.J.) dated 31 July 2012, all persons having an interest in the Motor Yacht CAROLE JAYE, or wishing to assert claims of any kind in connection with or arising out of the fire on or around such yacht must file their claims and answers to the Petition with the Clerk of the Court, and serve a copy on the above-named attorneys for Petitioner, on or before 28 September 2012, OR THEY WILL BE DEFAULTED.

PLEASE TAKE FURTHER NOTICE that, by Order of the Court, all persons are enjoined and restrained from commencing or prosecuting claims against Petitioner or the subject vessel except in the above-captioned action in the United States District Court for the Southern District of New York.

1935667                au28-T s4