```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/12
```

KENNEDY LILLIS SCHMIDT & ENGLISH
75 Maiden Lane, Suite 402
New York, New York 10038
Tel. 212-430-0800
Fax 212-430-0810
John T. Lillis, Jr., Esq. (JL 0056)
Attorneys for Petitioner
DANIEL FLORIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of DANIEL FLORIO, as Owner of the Motor Yacht "CAROLE JAYE", for Exoneration from or Limitation of Liability. | Case No. 12 Civ. 5838 (BSJ)<br><br>STIPULATION AND ORDER OF DISMISSAL |

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that, pursuant to Fed.R.Civ.P. 41(a)(1), the above-captioned action, and all claims, counterclaims and cross-claims asserted therein, be, and the same hereby are, dismissed for lack of subject matter jurisdiction, without prejudice and without costs to any party as against any other party.

       IT IS FURTHER STIPULATED AND AGREED that Petitioner will not hereafter commence an action or proceeding in any United States District Court on account of the matters alleged in the Petition in the above-captioned action.

1

IT IS FURTHER AGREED that the within stipulation may be executed in separate parts bearing the signatures of the parties' counsel and filed as a single document.

Dated: New York, New York  
November 30, 2012

KENNEDY LILLIS SCHMIDT & ENGLISH  
Attorneys for Petitioner DANIEL FLORIO

By: _____  
John T. Lillis, Jr., Esq. (JL0056)  
75 Maiden Lane, Suite 402  
New York, New York 10038  
(212) 430-0800

NICOLETTI HORNIG & SWEENEY  
Attorneys for Claimants  
New York Athletic Club of the City of New York, Inc.  
and The Northern Assurance Company of America

By: _____  
Val Wamser, Esq. (VW 0511)  
Wall Street Plaza  
88 Pine Street, 7th Floor  
New York, NY 10005-1801  
(212) 220-3830

RUBIN, FIORELLA & FRIEDMAN LLP  
Attorneys for Claimant  
International Marine Underwriters

By: _____  
James Mercante, Esq. (JM 4231)  
630 Third Avenue, 3d Floor  
New York, NY 10017  
(212) 953-2381

SO ORDERED  
Dated: 12/28/12  
_____  
BARBARA S. JONES  
U.S.D.J.

2